# EXHIBIT A

Rodney Lee
33 Wood Avenue South, Suite 600
Iselin New Jersey 08830
Rodolee33@aol.com
(908) 355-6580 Phone (732) 676-7730 Fax

May 22, 2020

TO:   Clerk of Law Division Middlesex County
      Superior Court of New Jersey
      56 Paterson Street
      P.O. Box 1146
      New Brunswick New Jersey 08903

      Re:   Lee v. Portfolio Recovery Associates
            New filing of Complaint

Dear Sir/Madame:

I am the Plaintiff Rodney Lee in the subject matter listed above, enclosed please find my Complaint with filing fee of $82.00.

Please file with the Court and provide me with a stamp copy of the same.

Thank you very much,


Rodney Lee

| Court's Address and Phone Number: | Superior Court of New Jersey |
|---|---|
| Middlesex _____ Special Civil Part | Law Division, Special Civil Part |

Court's Address and Phone Number:
Middlesex _____ Special Civil Part
56 Paterson Street
New Brunswick New Jersey 08903
_____
Telephone No.   (732) 645-4300

**Superior Court of New Jersey**
**Law Division, Special Civil Part**
Middlesex _____ County
Docket No: DC _____

**Civil Action**
**SUMMONS**

Check one  ☐ Contract  ☒ Tort

## YOU ARE BEING SUED!

**Person or Business Suing You (*Plaintiff*)**

Rodney Lee

(See the following page(s) for additional plaintiffs)

**Plaintiff's Attorney Information**

33 Wood Avenue South Suite 600
Iselin New Jersey 08830
rodolee33@aol.com
(908) 355-6581 Phone (732) 676-7730 Fax

**Person or Business Being Sued (*Defendant*)**

Portfolio Recovery Associates
120 Corporate Blvd Ste 100
Norfolk VA 23502

(See the following page(s) for additional defendants)

**The Person or Business Suing You Claims You Owe the Following:**

| | | |
|---|---|---|
| Demand Amount | $ | 2,000.00 |
| Filing Fee | $ | 82.00 |
| Service Fee | $ | |
| Attorney's Fees | $ | |
| **TOTAL** | $ | 2,082.00 |

### FOR JUDICIARY USE ONLY

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement.** If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE _____, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1.  *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov. If you decide to file an answer to the complaint made against you:
    *   Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey.* Include *DC* _____ (your Docket Number) on the check.
    *   Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
    *   Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before _____.

2.  *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before _____.

**Please Note - You may wish to get an attorney to represent you.** If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at _____. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at _____. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Name _____

Clerk of the Superior Court

Revised 06/26/2017, CN 10541                                                                 page 10 of 12
Revised effective 9/1/2018 by 9/14/2018 Notice to the Bar, CN 11808, DC Summons - Appendix XI-A(1)
Revisado con vigor a partir del 1 de septiembre, 2018, mediante un Aviso al Colegio de Abogados del 14 de septiembre de 2018
CN 11808, DC Summons - Apéndice XI-A(1)

| Dirección y teléfono del tribunal: | El Tribunal Superior de Nueva Jersey |
|---|---|
| Parte Civil Especial de **Middlesex** | **División de Derecho, Parte Civil Especial** |
| **56 Paterson Street** | Condado de __Middlesex__ |
| **New Brunswick New Jersey 08903** | Número del expediente: DC _____ |
| | **Demanda de Acción Civil** |
| Número de teléfono: **(732) 645-4300** | **NOTIFICACIÓN DE DEMANDA** |

**Marque si es** ☐ Contrato ☒ Ilícito Civil

## ¡LE ESTÁN DEMANDANDO!

| **Persona o entidad comercial que le está demandando (el demandante)** | **Persona o entidad comercial que está siendo demandada (el demandado)** |
|---|---|
| El Demandante: Consigne la información al dorso. (Vea en la(s) página(s) siguiente(s) los demandantes adicionales) | El Demandante: Consigne la información al dorso. (Vea en la(s) página(s) siguiente(s) los demandados adicionales) |

La **persona o entidad comercial que le está demandando afirma que usted le debe lo siguiente:**

| | |
|---|---|
| Cantidad a la vista | $XXXXXXXXX |
| Tasa judicial | $XXXXXXXXX |
| Cargo del emplazamiento | $XXXXXXXXX |
| Honorarios del abogado | $XXXXXXXXX |
| **TOTAL** | $XXXXXXXXX |

**Información sobre el abogado del demandante**

El Demandante: Consigne al dorso la información sobre el abogado del demandante.

### PARA USO EXCLUSIVO DEL PODER JUDICIAL

En la demanda adjunta la persona o entidad comercial que le está demandando le informa brevemente al juez su versión de los hechos de la causa y la suma de dinero que afirma que usted le debe. **Si usted no responde a la demanda, puede perder la causa automáticamente y el juez puede dar al demandante lo que está pidiendo más intereses y los costos legales. Usted tiene 35 días a partir de la fecha del emplazamiento para presentar su respuesta o un acuerdo firmado.** Si se dicta un fallo en su contra, un Oficial de la Parte Civil Especial puede embargar su dinero, sueldo o sus bienes muebles (personales) para pagar todo el fallo o una parte del mismo.  El fallo es válido por 20 años.

**SI USTED NO ESTÁ DE ACUERDO** CON LAS ALEGACIONES DEL DEMANDANTE, EL TRIBUNAL TIENE QUE RECIBIR UNA RESPUESTA POR ESCRITO O UN ACUERDO FIRMADO PARA EL_____, O ANTES DE ESA FECHA, O EL JUEZ PUEDE EMITIR UN FALLO EN SU CONTRA. SI USTED <u>NO ESTÁ DE ACUERDO</u> CON EL DEMANDANTE, DEBE HACER <u>UNA</u> DE LAS SIGUIENTES COSAS <u>O LAS DOS</u>:

1. *Responder a la demanda.* Un formulario de respuesta que le explicará cómo responder a la demanda está disponible en cualquiera de las Oficinas de la Parte Civil Especial de Nueva Jersey o en el sitio Internet del Poder Judicial njcourts.gov.  Si usted decide presentar una respuesta a la demanda que se hizo en su contra:
    - Llene el formulario de Respuesta **Y** pague la tasa judicial de presentación que corresponda mediante  un cheque o giro bancario o postal acreditable al: *"Treasurer, State of New Jersey"* (Tesorero del Estado de Nueva Jersey).  Incluya el número **DC** _____ (el número de su expediente) en el cheque.
    - Envíe por correo el formulario de Repuesta Y el cheque o giro bancario o postal a la dirección del tribunal que figura más arriba, o entréguelos personalmente en dicha dirección.
    - Entregue personalmente o envíe por correo común una copia del formulario de Repuesta llenado al abogado del demandante. Si el demandante no tiene abogado, envíe su formulario de respuesta llenado al demandante por correo común y por correo certificado. Esto SE TIENE que hacer al mismo tiempo que presente su Respuesta al tribunal a más tardar el _____.

2. *Resolver la disputa.* Comuníquese con el abogado del demandante, o con el demandante si éste no tiene abogado, para resolver esta disputa. El demandante puede estar de acuerdo con aceptar arreglos de pago. **Si llegara a un acuerdo, envíe por correo el acuerdo FIRMADO** a la dirección del tribunal que figura más arriba, **o entréguelo personalmente** en dicha dirección a más tardar el _____.

**Nota - Puede que usted quiera conseguir que un abogado para que lo represente.** Si usted no puede pagar un abogado, podría obtener consejos legales gratuitos si se comunica con Legal Services (Servicios Legales) llamando al _____.  Si usted puede pagar un abogado, pero no conoce a ninguno, puede llamar al Lawyer Referral Services (Servicios de Recomendación de Abogados) del Colegio de Abogados (Bar Association) de su condado local al _____.  Notifique al tribunal ahora si usted necesita un intérprete o un arreglo por una discapacidad para cualquier comparecencia futura en el tribunal.

/s/ Nombre y apellido
Secretario del Tribunal Superior

Revised 06/26/2017, CN 10541 (How to Sue for an Amount of Money up to $15,000)                                          page 11 of 12
Revised effective 9/1/2018 by 9/14/2018 Notice to the Bar, CN 11808, DC Summons - Appendix XI-A(1)
Revisado con vigor a partir del 1 de septiembre, 2018, mediante un Aviso al Colegio de Abogados del 14 de septiembre de 2018
CN 11808, DC Summons - Apéndice XI-A(1)

| Court's Address and Phone Number: | Superior Court of New Jersey |
|---|---|
| Middlesex _____ Special Civil Part | Law Division, Special Civil Part |
| 56 Paterson Street | Middlesex _____ County |
| New Brunswick New Jersey 08903 | Docket No: DC: _____ |
| _____ | Civil Action |
| (732) 645-4300 | **SUMMONS** |
| | Check one   ☐ Contract   ☒ Tort |

| **Additional Plaintiffs/demandantes adicionales** | **Additional Defendants/demandados adicionales** |
|---|---|
| | |

Revised 06/26/2017, CN 10541 (How to Sue for an Amount of Money up to $15,000)                                                   page 12 of 12
Revised effective 9/1/2018 by 9/14/2018 Notice to the Bar, CN 11808, DC Summons - Appendix XI-A(1)
Revisado con vigor a partir del 1 de septiembre, 2018, mediante un Aviso al Colegio de Abogados del 14 de septiembre de 2018
CN 11808, DC Summons - Apéndice XI-A(1)

# Form A

Rodney Lee
_____
Plaintiff's Name (first, middle, last)

33 Wood Avenue South Ste 600
_____
Street Address

Iselin New Jersey 08830
_____
City, State, Zip

(908) 355-6580
_____
Telephone Number

Portfolio Recovery Associates
_____
Defendant's Name (first, middle, last)

120 Corporate Blvd Ste 100
_____
Street Address

Norfolk VA 23502
_____
City, State, Zip

_____
Telephone Number

**Superior Court of New Jersey**
**Law Division, Special Civil Part**

Middlesex        County
_____
Docket Number

(to be provided by the court)

**Civil Action**

**Complaint**

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): (See instruction B)
Attach additional sheets if necessary.

_See attached_

The amount you, the Plaintiff(s) are demanding from the Defendant(s) $____2,000.00____.

At the trial Plaintiff will need:
An interpreter              ☐ Yes  ☒ No  Indicate language: _____
An accommodation for disability  ☐ Yes  ☒ No  Indicate accommodation _____

I certify that the matter in controversy is not the subject of any other court action or arbitration
proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with
_Rule_ 1:38-7(b).

05/22/2020
_____
Date

_____
Your Signature

Rodney Lee
_____
Name Typed, Stamped or Printed

BCH # _149_        DATE _6-16-2020_

CHK/CA/MO # _683_

FEE        $ _82.00_

OVP        $

COPY/SANC  $

TOTAL      $ _82.00_

Revised 06/26/2017, CN 10541

Rodney Lee
33 Wood Avenue South, Suite 600
Iselin New Jersey 08830
Rodolee33@aol.com
(908) 355-6580 Phone (732) 676-7730 Fax

## SUPERIOR COURT OF NEW JERSEY
## LAW DIVISION MIDDLESEX COUNTY

| | |
|---|---|
| Rodney Lee | Case No.: |
| Plaintiff, | |
| v. | **CIVIL ACTION** |
| Portfolio Recovery Associates | **VERIFIED COMPLAINT FOR CIVIL PENALTIES FOR NON-COMPLAINCE** |
| Defendant. | |

The plaintiff, Rodney Lee complains against Defendant Portfolio Recovery Associates (Portfolio Recovery Associates) and alleges the following:

1. Pursuant to its agreement with Joan A. Hughes the borrower, the plaintiff Rodney Lee as a person, being duly sworn to law upon my oath, who has personal interest in this litigation, has been authorized to initiate a court proceeding in its own name and has been granted power of attorney effective April 10, 2020. a copy of which is available for review is incorporated herein.

2.  In accordance with its agreement [1], Plaintiff Rodney Lee as a "Person" who has various rights relative to seeking a meaningful disclosure of the Capital One Bank, N.A. in reference to an account number (4989193) with Joan A. Hughes, for the purpose of the validity or enforceability or any contract or transaction to Portfolio Recovery Associates, to bring action to secure civil penalties. Specifically, Plaintiff claims arise from Portfolio Recovery Associates failure to comply with 15 U.S.C. §1692(g) and 15 U.S.C. §1692(e) requirement to Plaintiff.

## **NATURE OF THE ACTION**

3.  Plaintiff Rodney Lee, ("Plaintiff") bring this action for actual damages in the amount of $2,000.00 under for violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et seq. (hereafter the "FDCPA"), with statutory damages and the cost of this action against defendant POROFILIO RECOVERY ASSOCIATES (hereafter referred as ("Portfolio Recovery Associates"). These laws prohibit debt collectors from engaging in abusive, deceptive, and unfair collection practices.

---

[1] Rodney Lee, Private Advocate (Advocate) who is charged with representing and act as a voice on behalf of and in the interest of Joan A. Hughes ("Joan A. Hughes") by investigating and addressing complaints or maladministration or a violation of rights. Reviews all of the complaints received, in search of civil liberties issues that Rodney Lee, Advocate may be able to assist with. See Agreement attached hereto.

# FACTUAL ALLEGATIONS

8.    At all times Complainant does not have a contract with Alleged Defendant POROFILIO RECOVERY ASSOCIATES who has not shown or proven that it is the owner of the original creditor/lender issuer that may have been in collection account and at all times POROFILIO RECOVERY ASSOCIATES has not shown or proven it has interest or equity in the original Application or Agreement with the original creditor/lender issuer Capital One Bank, N.A.

9.    On April 14, 2020, Plaintiff, Rodney Lee, sent POROFILIO RECOVERY ASSOCIATES a Notice to determine whether the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") has been fully complied with by POROFILIO RECOVERY ASSOCIATES in connection with account number 4989193 of an original creditor Capital One Bank, N.A. with an alleged balance due of $11,106.00. as required by § 1692g. See, Plaintiff's demands as **Exhibit "A"** speaks for itself attached hereto.

11. To date, Plaintiff complains that POROFILIO RECOVERY ASSOCIATES has not "validated" the debt by furnishing proof that the debt is valid as required by § 1692g.

12. To date, Plaintiff complains that POROFILIO RECOVERY ASSOCIATES has falsely represented that POROFILIO RECOVERY ASSOCIATES is either an assignee of an original creditor, and/or that said assignment constitutes a proper, competent, or valid assignment between POROFILIO RECOVERY ASSOCIATES and the original creditor or any alleged debt by any alleged original creditor to POROFILIO RECOVERY ASSOCIATES and/or that POROFILIO RECOVERY ASSOCIATES is the original creditor, POROFILIO RECOVERY ASSOCIATES has made material, false and misleading representations, by reporting the account sued on to credit bureaus with misleading information regarding the nature and/or status of said alleged debt with respect to such matters as the identity of the original creditor, the relevant dates and ages of said alleged debt, and other matter which POROFILIO RECOVERY ASSOCIATES knew or should have known would mislead, POROFILIO RECOVERY ASSOCIATES has violated 15 U.S.C. §1692e(2)(A).

13.  <u>As evident by the writing of the Credit Reports of Joan A. Hughes dated</u>

<u>March 5, 2020 and May 3, 2020</u> **as exhibit B** <u>attached hereto</u>; POROFILIO

RECOVERY ASSOCIATES has continued to report the collection account 4989193

on Joan A. Hughes's credit bureaus report of Experian and Equifax.

## **DEMAND FOR RELIEF**

14.  On that basis, Plaintiff "demand judgment for actual damages with monetary

relief for civil money liability penalties and the cost of bringing this action in the

sum of $2,000.00 with statutory damages, with cost pursuant to U.S.C.

§1692k(a)(1)." arising from the alleged § 1692 (g) and 1692(e).


15.  In the event, Plaintiff obtains judgment by default, Plaintiff request actual

damages in the amount of $2,000.00 with statutory damages and cost, be awarded

upon default.


I certify that confidential personal identifier's have been redacted from

documents now submitted to the court and will be redacted from all documents

submitted in the future in accordance with Rule 1:38-7(b).

I hereby certify that the matter in controversy is not the subject of any other court proceeding or arbitration and that, to the best of my knowledge and belief, no other parties need be joined at this time, and that no other proceedings are contemplated.

Rodney Lee, Pro se Plaintiff
33 Wood Avenue South, Suite 600
Iselin New Jersey 08830

Dated: May 22, 2020

# EXHIBIT A

# EXHIBIT A

Rodney Lee, Advocate

33 Wood Avenue South, Suite 600
Iselin, New Jersey 08830
TEL 908 335-6580
FAX 732 676-7730
Rodolee33@aol.com

# NOTICE

April 14, 2020

**Sent via regular and certified mail# 7018 0680 0002 0685 1398**

Notice To:  Portfolio Recovery Associates
120 Corporate Blvd Ste 100
Norfolk VA 23502

From:       Rodney Lee, Advocate

Re:         Account Number# 4989193
Joan A. Hughes Fraser
Original Creditor: Capital One Bank, N.A.
Amount: $11,106.00

Dear Sir/Madame:

Pursuant to Agreement, Rodney Lee, Advocate ("Advocate") [1] has been instructed
by Joan A. Hughes Fraser ("Joan A. Hughes Fraser"), to seek (full disclosure), of
the verified as accurate reporting of Portfolio Recovery Associates in connection
with the account number 4989193. (see attached hereto) As such, the subject
account is now in dispute in its entirety, and I Rodney Lee authorized by
Agreement, hereby request full detailed and sufficient verification in accordance
with 15 USC § 1692 et seq.

---

[1] Rodney Lee, Private Advocate (Advocate) who is charged with representing and act as a voice on behalf
of and in the interest of Joan A. Hughes Fraser ("Joan A. Hughes Fraser") by investigating and addressing
complaints or maladministration or a violation of rights. Reviews all of the complaints received, in search
of civil liberties issues that Rodney Lee, Advocate may be able to assist with. See Agreement attached
hereto.

April 14, 2020

**Sent via regular and certified mail# 7018 0680 0002 0685 1398**

Notice To:      Portfolio Recovery Associates

Under the Fair Debt Collection Practices Act pursuant to 15 USC § 1692 et seq., I have a right to know the following:

1. Furnish copies of documentary evidence of the consumer's debt, and
2. An Authenticated front and back true copy of the original agreement in full (full and complete disclosure);
3. An Authenticated front and back copy of all documents and records, including but not limited to the **Promissory Notes**, identified as or evidencing assets provided by and/or signed by the consumer.
4. An Authenticated any and all Assignments with Contract.
5. An identification of the source of the funds used to fund the Charges or Loan;
6. The name and address of the Custodian(s) of Records of all relevant documents and account;
7. A statement of the total amount of all payments made by the consumer.

If Portfolio Recovery Associates is unable to provide the "authenticated proof" in writing as I have requested within 30 days to the address listed above, then the result of the investigation of Experian dated 3/5/2020 verification is not an accurate.

By law, the reporting and should updated by a representative of Portfolio Recovery Associates to be remove/deleted its reporting from Joan A. Hughes Fraser personal credit file.

Very Truly Yours,

Rodney Lee, Advocate

Dated: April 14, 2020

Enclosure: Result of Experian Credit Report of Joan A. Hughes Fraser dated 3/5/2020

2

MID-DC-005895-20   06/16/2020   Pg 15 of 21 Trans ID: SCP20201142245
Case 2:20-cv-09589-CCC-MF   Document 1-1   Filed 07/29/20   Page 16 of 26 PageID: 21

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 70180680000206851398

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

April 23, 2020
In Transit to Next Facility

Get Updates ∨

Feedback

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| Product Information | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

⫫   RODNEY LEE, ADVOCACY

## Agreement

**THIS AGREEMENT** is made this ___10___ day of ___April___ 2020, by and between Rodney Lee, Advocate ("Advocate") who is charged with representing and acting as a voice on behalf of and in the interest of Joan A. Hughes Fraser ("the individual of the public") by investigating and addressing complaints or maladministration or a violation of rights in connection with account #4989193 with Portfolio Recovery Associates as it relates to Capital One Bank, N.A. original creditor.

**WHEREAS,** the typical duties of Rodney Lee, Advocate are to investigate complaints and attempt to resolve them, through recommendations (binding or not) or mediation. Rodney Lee, Advocate sometimes also aims to identify systematic issues leading to poor service or breaches of people's rights. Rodney Lee, Advocate provide information to people on how to assert their own rights and sometimes advocate on their behalf.

**WHEREAS,** Rodney Lee, Advocate works to defend against civil liberties and civil rights violations and sometimes act an advocate for individuals and take cases to court that will defend fundamental rights guaranteed by the constitution.

**WHEREAS,** Rodney Lee, Advocate is not a government agency or a general legal services organization. Rodney Lee, Advocate does not dispense general legal advice, provide emergency services, or make referrals to attorneys.

**WHEREAS,** Rodney Lee, Advocate reviews all of the complaints received, in search of civil liberties issues that Rodney Lee, Advocate may be able to assist with.

**NOW, THEREFORE,** in consideration of these mutual promises and Rodney Lee, Advocate assistance, including litigation, is provided free of charge to help people. Rodney Lee, Advocate work relies mainly on individual donations for its funding.

This Agreement was drafted for both Parties and thus, shall not be construed against any Party because both Parties have agreed to the provision.

Wherefore, the Parties have executed this Agreement as of the date set forth above.


Rodney Lee, Advocate                          Joan A. Hughes Fraser



Rodney Lee, Advocate                          Joan A. Hughes Fraser ("the individual of the public")

# Borrower's Certification as to Validity of Power of Attorney

This is to certify, under penalty or perjury according to law, that this is written authorization to provide Rodney Lee, Agent as (Power of Attorney) to release information in writing, or through their Portfolio Recovery Associates as it relates to Capital One Bank, N.A. account number 4989193.

Agent:                      Rodney Lee
Agent Address:              33 Wood Avenue South Suite 600
                           Iselin New Jersey 08830


Agent's Signature_____

                           Rodney Lee


Borrower's name:           Joan A. Hughes Fraser
Borrower's Address:        17 Madison Avenue Apt 8
                           Madison New Jersey 07940


Borrower's Signature_____

                           Joan A. Hughes Fraser


State_____New Jersey_____      County_____Morris_____

This document was acknowledged before me on ____May 12th 2020____(date), by
____JOAN A HUGHES FRASER____(name of Borrower)

Notary Public Signature_____My Commission expires_____

ASHTON BAILEY
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES FEBRUARY 19, 2025
COMMISSION #50123099

# Agent's Certification as to Validity of Power of Attorney

Agent's Name _Rodney Lee_

Agent's Address _33 Wood Avenue South Ste 600_

Agent's City _Iselin_ Agent's State _N.J._ Agent's ZIP Code _08830_

Principal's Name _Joan A. Hughes Foster_ Borrower's account# _4989193_

By completing this affidavit, I, the Agent, certify that:

1. To the best of my knowledge, the Principal had the capacity to and did executed the Power of Attorney (the Agreement) in which I am named his/her Agent;

2. The Principal is alive and has not revoked the Power of Attorney or my authority to act under the Power of Attorney;

3. The authority granted to me in the Power of Attorney was not fraudulently obtained;

4. I acknowledge my duty of candor and obligation to provide ethical representation and/or advice to the borrower;

5. I understand that the borrower may revoke my authorization to act at anytime orally or in writing;

6. The Power of Attorney and my authority to act under the Power of Attorney have not been terminated; and

7. If my authorization is revoked, I will stop acting on behalf of the borrower.

Agent's Signature _____

State _New Jersey_ County _Union_

This document was acknowledged before me on _5/22/2020_ (date), by

_Rodney Lee_ (name of agent).

Notary Public Signature _Claudia C. Schiavone_ My Commission expires _8/31/2022_

CLAUDIA C. SCHIAVONE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 08/31/2022

# EXHIBIT B

# EXHIBIT B

PO Box 9701
Allen, TX 75013

# experian™

0000150  02 AB 0.416  **AUTO  T1 0 7056 07940-143508   -C02-P0015D-1
JOAN ANTOINETTE HUGHES
17 MADISON AVE APT 8
MADISON NJ 07940-1435

## JOAN ANTOINETTE HUGHES

### Dispute Results

### Report # 1988-7283-62 for 03/05/20

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT:-

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

How to read your results

Deleted - This item was removed from your credit report. Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Updated (Your results will indicate which one of the following applies.) -- a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. Processed - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

PORTFOLIO RECOV ASSOC 4989193,,,, Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

Before dispute

PORTFOLIO RECOVERY ASSOCIATES Partial Acct # 4989193.... 120 CORPORATE BLVD STE 100 NORFOLK VA 23502 (844) 675 3406-

| Date opened | First reported | Recent balance | Payment history | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul 2018 | Oct 2018 | $11,106 as of Feb 2020 | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Address ID # | Terms | Status | 2020 | C | C | | | | | | | | | | |
| 0293339227 | 1 Months | Collection account. | 2019 | C | C | C | C | C | C | C | C | C | C | C | C |
| Original creditor | Monthly payment | $11,106 past due as of | 2018 | | | | | | | | | | C | C | C |
| CAPITAL ONE N.A. | Not reported | Feb 2020. | | | | | | | | | | | | | |
| Type | Credit limit or original | This account is | | | | | | | | | | | | | |
| Debt Buyer | amount | scheduled to continue on | | | | | | | | | | | | | |
| Responsibility | $12,985 | record until Jul 2024. | | | | | | | | | | | | | |
| Individual | High balance | Date of Status | | | | | | | | | | | | | |
| | Not reported | Jul 2018 | | | | | | | | | | | | | |
| | Recent payment | | | | | | | | | | | | | | |
| | $150 | | | | | | | | | | | | | | |

7056-02-00-0001513-0001-4000980

# CREDIT FILE : May 3, 2020

## Confirmation # 0114077551

>>> **We have researched the collection account. Account # - 2437892 The results are:** We have verified that this item has been reported correctly. If you have documents that release you from this obligation, please forward a copy to us. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *STATUS DATE *BALANCE DATE. If you have additional questions about this item please contact: *Simon Agency Inc, 3713 Brewerton Rd Ste 1, N Syracuse NY 13212-3867 Phone:* (315) 454-8700

| Account Number | Date Reported | Date Assigned | Creditor Class. | Balance Date | Balance Amount | Original Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

Status Date  Status
05/2020  Unpaid

ADDITIONAL INFORMATION:

Affected By Natural or Declared Disaster

**Credit Account Information**
*(For your security, the last 4 digits of account number... this section includes open and closed accounts reported by credit grantors)*

| Account History | | | | | |
|---|---|---|---|---|---|
| Status Code | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender | | |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession | | |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off | | |
| | 4 : 120-149 Days Past Due | H : Foreclosure | | | |

>>> **We have researched the credit account. Account # - CAPITAL -4989193* The results are:** We have verified that this item has been reported correctly. If you have documents that release you from this obligation, please forward a copy to us. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *BALANCE *PAST DUE *DATE OF LAST PAYMENT *ADDITIONAL INFORMATION. If you have additional questions about this item please contact: *Portfolio Recovery Assoc, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk VA 23502-4962*

**Portfolio Recovery Associates :** *Riverside Commerce Center 120 Corporate Blvd Ste 100 Norfolk VA 23502-4962*

| Account Number | Date Opened | High Credit | Credit Limit | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Terms Duration | Terms Frequency | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| CAPITAL -4989193* | 07/18/2018 | $12,985 | $0 | $0 | 10/2017 | | | | Banking |

| Items As of Date Reported | Balance Amount | Actual Last Payment | Amount Past Due | Months Revd | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/2020 | $10,655 | 04/2020 $150 | $10,655 | 18 | | $0 | | $0 | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Collection Account | Open | Debt Buyer Account | Individual Account | Original Creditor | CAPITAL ONE N A |

ADDITIONAL INFORMATION:

Consumer Disputes After Resolution

Collection Account

Account History with Status Codes
02/2020

*(Continued On Next Page )*

0114077551APPLADM-002755597 - 251 - 5292 - AS



| | |
|---|---|
| Court's Address and Phone Number:<br>MIDDLESEX Special Civil Part<br>56 PATERSON STREET, 3RD FLOOR<br>P.O. BOX 1146<br>NEW BRUNSWICK, NJ 08903-1146<br><br>732-645-4300 ext.88382 | **Superior Court of New Jersey**<br>**Law Division, Special Civil Part**<br><br>**MIDDLESEX** County<br>Docket No: **MID-DC-005895-20**<br>**Civil Action**<br>**CONTRACT DISPUTE** |

## YOU ARE BEING SUED!

| **Person or Business Suing You (*Plaintiff*)**<br>Rodney Lee | **Person or Business Being Sued (*Defendant*)**<br>Portfolio Recovery Associates |
|---|---|
| **Plaintiff's Attorney Information** | **The Person or Business Suing You Claims You Owe the Following:** |

| | |
|---|---|
| Demand Amount | $2000.00 |
| Filing Fee | $50.00 |
| Service Fee | $7.00 |
| Attorney's Fees | $0.00 |
| **TOTAL** | **$2057.00** |

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement.** If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 08/03/2020, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov under the section for Forms. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey.* Include **MID-DC-005895-20** (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before **08/03/2020**.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before **08/03/2020**.

**Please Note - You may wish to get an attorney to represent you.** If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 732-249-7600. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 732-828-0053. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Michelle M. Smith
_____
Clerk of the Superior Court





| | |
|---|---|
| Dirección y teléfono del tribunal<br>Parte Civil Especial de MIDDLESEX<br>56 PATERSON STREET, 3RD FLOOR<br>P.O. BOX 1146<br>NEW BRUNSWICK, NJ 08903-1146<br>732-645-4300 ext.88382 | **El Tribunal Superior de Nueva Jersey**<br>**División de Derecho, Parte Civil Especial**<br><br>Condado de **MIDDLESEX**<br>Número del expediente **MID-DC-005895-20**<br>**Demanda de Acción Civil**<br>**NOTIFICACIÓN DE DEMANDA**<br>**CONTRACT DISPUTE** |

## ¡LE ESTÁN DEMANDANDO!

| **Persona o entidad comercial que le está demandando** (*el demandante*)<br>Rodney Lee<br><br>**Información sobre el abogado del demandante** | **Persona o comercial ser demandada** (*el demandado*)<br>Portfolio Recovery Associates<br><br>**La persona o comercial que le está demandando afirma que usted le debe lo siguiente:** |
|---|---|

| | |
|---|---|
| Cantidad a la vista | $2000.00 |
| Tasa judicial | $50.00 |
| Cargo del emplazamiento | $7.00 |
| Honorarios del abogado | $0.00 |
| **TOTAL** | **$2057.00** |

En la demanda adjunta la persona o entidad comercial que le está demandando le informa brevemente al juez su versión de los hechos de la causa y la suma de dinero que afirma que usted le debe. **Si usted no responde a la demanda puede perder la causa automáticamente y el juez puede dar al demandante lo que está pidiendo más intereses y los costos legales. Usted tiene 35 días a partir de la fecha del emplazamiento para presentar su respuesta o un acuerdo firmado.** Si se dicta un fallo en su contra, un Oficial de la Parte Civil Especial puede embargar su dinero, sueldo o sus bienes muebles (personales) para pagar todo el fallo o una parte del mismo. El fallo es válido por 20 años.

**SI USTED NO ESTÁ DE ACUERDO CON LAS ALEGACIONES DEL DEMANDANTE, EL TRIBUNAL TIENE QUE RECIBIR UNA RESPUESTA POR ESCRITO O UN ACUERDO FIRMADO PARA EL 08/03/2020 O ANTES DE ESA FECHA, O EL JUEZ PUEDE EMITIR UN FALLO EN SU CONTRA. SI USTED NO ESTÁ DE ACUERDO CON EL DEMANDANTE, DEBE HACER UNA DE LAS SIGUIENTES COSAS O LAS DOS:**

1. *Responder a la demanda.* Un formulario de respuesta que le explicará cómo responder a la demanda está disponible en cualquiera de las Oficinas de la Parte Civil Especial de Nueva Jersey o en el sitio Internet del Poder Judicial njcourts.gov bajo la sección de formularios (Forms). Si usted decide presentar una respuesta a la demanda que se hizo en su contra:
   - Llene el formulario de Respuesta Y pague la tasa judicial de presentación que corresponda mediante un cheque o giro bancario o postal acreditable al: "*Treasurer, State of New Jersey*" (Tesorero del Estado de Nueva Jersey). Incluya **MID-DC-005895-20** (el número de su expediente) en el cheque.
   - Envíe por correo el formulario de Repuesta llenado y el cheque o giro bancario o postal a la dirección del tribunal que figura más arriba, o entréguelos personalmente en dicha dirección.
   - Entregue personalmente o envíe por correo común una copia del formulario de Repuesta llenado al abogado del demandante. Si el demandante no tiene abogado, envíe su formulario de respuesta llenado al demandante por correo común y por correo certificado. Esto SE TIENE que hacer al mismo tiempo que presente su Respuesta al tribunal a más tardar el **08/03/2020**.

2. *Resolver la disputa.* Comuníquese con el abogado del demandante, o con el demandante si éste no tiene abogado, para resolver esta disputa. El demandante puede estar de acuerdo con aceptar arreglos de pago. **Si llegara a un acuerdo, envíe por correo o entregar personalmente el acuerdo FIRMADO** a la dirección del tribunal que figura más arriba, o entréguelo personalmente en dicha dirección a más tardar el **08/03/2020**.

**Nota - Puede que usted quiera conseguir que un abogado para que lo represente.** Si usted no puede pagar a un abogado, podría obtener consejos legales gratuitos si se comunica con Legal Services (Servicios Legales) llamando al 732-249-7600. Si usted puede pagar a un abogado, pero no conoce a ninguno, puede llamar al Lawyer Referral Services (Servicios de Recomendación de Abogados) del Colegio de Abogados (Bar Association) de su condado local al 732-828-0053. Notifique al tribunal ahora si usted necesita un intérprete o un arreglo por una discapacidad para cualquier comparecencia futura en el tribunal.

/s/ **Michelle M. Smith**

Subsecretario(a) del Tribunal Superior

CERTIFIED MAIL™

23502$4952 C011

06/29/20

By General Counsel

RECEIVED
JUN 30 2020



U.S. POSTAGE>>PITNE
ZIP 08628
02 4W
0000368614 JUN 25 202c
$ 006.0



**USPS CERTIFIED MAIL™**

MIDDC00589520
Middlesex Civil Div.
P.O. Box 1146
New Brunswick, NJ 08903

9214 8902 5261 7700 0000 5394 06

00004 13
PORTFOLIO RECOVERY A SSOCIATES
120 CORPORATE BLVD
STE 100
NORFOLK, VA 23502



